# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136100

In Re DENNIS FREDERICK SCHNEIDER, Minor.
_____/

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

                                                  SC: 136100
                                                  COA: 278694
                                                  Wayne CC
                                                  Family Division: 05-444341-NA

ELIZABETH SIKORA,
      Respondent-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 28, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 11, 2008

Clerk

d0408